

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-25-00027-CV

**IN THE MATTER OF THE MARRIAGE OF CARA ANN HENDRICKS AND WILLIAM HEATH HENDRICKS**

On Appeal from the County Court at Law No. 2
Randall County, Texas
Trial Court No. 78782-L1, Honorable Matthew C. Martindale, Presiding

April 29, 2025

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, William Heath Hendricks, appeals from the trial court's order to enforce property award. Appellant's brief was due April 2, 2025, but was not filed. By letter of April 9, 2025, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by April 21. To date, Appellant has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss his appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam